UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**MICHAEL DAVID YOURAVISH**,   Civil Case No. 1:14-CV-00262-KI

      Petitioner,

                             JUDGMENT

            v.

**STEVE BROWN**,

      Respondent.

    Erick W. Ward
    Ward Grover, LLP
    516 SW 13th Avenue, Suite 201
    Bend, Oregon  97702

        Attorney for Petitioner

    Ellen F. Rosenblum
    Attorney General

Page 1 - JUDGMENT

Kristen E. Boyd
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

    Attorney for Respondent

KING, Judge:

    Based on the record,

    I deny petitioner's amended habeas corpus petition [22] and dismiss this proceeding with prejudice.  Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

    Dated this    13th    day of April, 2015.

                                       /s/ Garr M. King
                                       Garr M. King
                                       United States District Judge